MOORE, Judge,
AFFIRMED. NO OPINION.
See Rule 63(a)(1) and (a)(2)(A), Ala. R. App. P.; Rule 53(a)(1) and (a)(2)(A), Ala. R. App. P.; Ala. Code 1975, §§ 30-3B-102(4), (7) and (13), and 30-3B-201.(a)(1); Ala. Admin. Code (DHR), Rule 660-5-28-.01 et seq.; Ex parte McInish, 47 So.3d 767, 778 (Ala. 2008); Ex parte T.V., 971 So.2d 1, 9 (Ala. 2007); C.O. v. Jefferson Cty. Dep’t of Human Res., 206 So.3d 621 (Ala. Civ. App. 2016); A.M. v. St. Clair Cty. Dep’t of Human Res., 146 So.3d 425, 435 (Ala. Civ. App. 2013); J.D. v. Lauderdale Cty. Dep’t of Human Res., 121 So.3d 381, 384 (Ala. Civ. App. 2013); J.W. v. C.B., 68 So.3d 878, 879 (Ala. Civ. App. 2011); G.H. v. Cleburne Cty. Dep’t of Human Res., 62 So.3d 540, 544 (Ala. Civ. App. 2010); M.A.J. v. S.F., 994 So.2d 280, 292 (Ala. Civ. App. 2008); J.B. v. Cleburne Cty. Dep’t of Human Res., 991 So.2d 273, 282 (Ala. Civ. App. 2008); and In re N.T.U., 234 N.C.App. 722, 728, 760, S.E.2d 49, 54 (2014).
Pittman and Donaldson, JJ., concur.
Thomas, J., concurs in the result, without writing.
Thompson, P.J., dissents, with writing.